THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HARRISON, Appellant, against WILLIAM E. SNYDER, as Warden of Sing Sing Prison, Respondent.

Submitted March 1, 1948; decided March 18, 1948.

*William Harrison,* in person, for motion.
No one opposed.

Motion dismissed upon the ground that the order sought to be reviewed does not finally determine the proceeding in which it was entered, within the meaning of the Constitution.